UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ROBINSON,<br>　　　　Plaintiff,<br>　　v.<br>R. BROOMFIELD,<br>　　　　Defendant. | Case No. 21-cv-00972-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Adrian Robinson's 42 U.S.C. § 1983 complaint was dismissed with leave to amend. (Dkt. No. 6.) After he failed to file any response, the Court ordered him to file an amended complaint within 14 days of the order or face dismissal of the action. (Dkt. No. 7.) Plaintiff has failed to comply with either order. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Robinson may move to reopen. Any such motion must contain an amended complaint that complies in all respects with the order dismissing the complaint with leave to amend. (Dkt. No. 6.)

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** July 14, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　United States District Judge